54

By the same token, the fact that Virginia Erection Corporation has commenced proceedings against appellant for his breach of the covenant not to compete does not affect the adjudication of the respective rights and liabilities of the present parties under the mortgage and bond.

We agree with the court below that the cloud upon the title to appellees' property should be removed.

Judgment affirmed.

Erie *v.* R. D. McAllister & Son, Appellants.

Argued March 19, 1964. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

reargument refused July 17, 1964.

*John M. Wolford,* with him *Edward H. Carney,* and *Dunn & Wolford,* for appellants.

*Gerald J. Weber,* with him *Knox, Weber, Pearson & McLaughlin,* for appellee.

OPINION PER CURIAM, July 1, 1964:

Judgment affirmed on the able opinion of Judge LAUB, 35 Pa. D. & C. 2d 591.

## Commonwealth ex rel. Storch, Appellant, *v.* Maroney.

